# Leah K. Sabel

| | |
|---|---|
| **From:** | Lorena_Parada@canb.uscourts.gov |
| **Sent:** | Wednesday, April 28, 2010 5:13 PM |
| **To:** | Leah K. Sabel |
| **Cc:** | David J. Brown |
| **Subject:** | Re: Ryan v Ciolino, et al; Adversary Proceeding Case No. 09-03134 |

Dear Ms. Sabel:

Judge Montali has authorized the continuance. He requests that a stipulation regarding the continuance be filed. Because these matters make take some time, we will specially set all matters on June 25, 2010, at 11:00 a.m.

Please note that on April 15, 2010, Judge Montali signed an order (docket #18) continuing the matters from May 7 to May 28, 2010, at 10:00 a.m.

Lorena Parada
Courtroom Deputy/Calendar Clerk to Judge Dennis Montali
(415) 268-2323


| | |
|---|---|
| From: | "Leah K. Sabel" <Leah@MBVLAW.COM> |
| To: | <Lorena_Parada@canb.uscourts.gov> |
| Cc: | "David J. Brown" <davidb@mbvlaw.com> |
| Date: | 04/28/2010 04:29 PM |
| Subject: | Ryan v Ciolino, et al; Adversary Proceeding Case No. 09-03134 |


Good afternoon, Ms. Parada. In regard to the above-referenced matter, the parties have agreed to reschedule the Motion for Summary Judgment and Status Conference currently on calendar for May 7, 2010 to June 25, 2010, which is listed as an available date on the Court's website. Because Judge Montali set the MSJ and Status Conference for the same time on May 7th, we assume we may do the same on June 25th. Please let me know what is preferable for the Court, morning or afternoon.

Also, just to let you know, Defendants are most likely going to file a related 9011 motion and although we are not going to notice that for them, I thought I would give you a heads up so that you may leave some space on the Court's calendar on the 25th for that motion as well.

Please confirm receipt of this email and let me know when on June 25th the Court would prefer to hear the MSJ, Status Conference and possible 9011 Motion.

Thank you for your courtesy and cooperation in this regard and I look forward to hearing from you.

Leah K. Sabel
Legal Secretary
MBV | LAW LLP
855 Front Street | San Francisco, CA   94111
Direct Line: 415-651-1426 | Fax: 415-989-5143 www.mbvlaw.com | leah@mbvlaw.com


If any advice concerning one or more U.S. Federal tax issues is contained in this email (including any attachments), such advice is not intended or written to be used for the purpose of (1) avoiding penalties that may be imposed under the

1

Internal Revenue Code, or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein.

If you receive this message in error, please delete it immediately. This message may contain information that is privileged, confidential and exempt from disclosure and dissemination under applicable law.