1  DAVID J. BROWN, ESQ. (SBN 56628)
   davidbrown@mbvlaw.com
2  MBV LAW LLP
   855 Front Street
3  San Francisco, California 94111
   Telephone:    415-781-4400
4  Facsimile:    415-989-5143

5  Attorneys for Plaintiff John A. Ryan

6

7

8       UNITED STATES BANKRUPTCY COURT - NORTHERN DISTRICT OF CALIFORNIA

9                          SAN FRANCISCO DIVISION

10

11 | In Re                                | CASE NO. 05-32933 Chapter 7
12 | JOHN A. RYAN and DANIELLE T.         |
   | RYAN,                                |
13 |                                      |
14 |                    Debtors,          |

15 | JOHN A. RYAN, an individual,         | ADVERSARY NO. 09-03134
16 |                    Plaintiff,        |
17 |        v.                            | **STIPULATION TO CONTINUE STATUS
   |                                      | CONFERENCE AND DEFENDANTS'
18 | NICKLOS CIOLINO; CHARLES             | MOTIONS FOR SUMMARY JUDGMENT**
   | CIOLINO; ROBERT AGUILAR;             |
19 | STEPHEN DANIELE; DANIEL              |
   | DELORENZI; ALMA CIOLINO; EVELYN      |
20 | CIOLINO; PRISCILLA AGUILAR;          |
   | THERESA DANIELE; and DOES 1 to 25,   |
21 | inclusive,                           |
22 |                    Defendants.       |
23

24       WHEREAS, following Plaintiff's *Ex Parte* Application, the hearing on the Summary

25 Judgment Motion and the Adversary Proceeding Status Conference were previously continued by

26 Court Order to May 28, 2010;

27       WHEREAS, Defendants intend to bring a Rule 9011 motion previously given to Plaintiff

28 to be heard at the same time as the pending summary judgment motion;

1

M B V   L A W   L L P
8 5 5   F r o n t   S T R E E T
S A N   F R A N C I S C O   C A   9 4 1 1 1

1  WHEREAS, Defendants' counsel has a conflict with the date on which the Adversary

2  Proceeding Status Conference and Defendants' Motion for Summary Judgment are currently

3  scheduled.

4  THEREFORE the Parties, by and through their counsel, hereby stipulate:

5  1.  That the hearing on the Defendants' Motion for Summary Judgment be

6  continued to June 25, 2010 at 11:00 a.m. with the Opposition due June 11, 2010 and the

7  Reply due June 18, 2010.

8  2.  That Defendants' Rule 9011 Motion previously sent to Plaintiff and his

9  counsel, if timely noticed, be heard on June 25, 2010 at 11:00 a.m. with Opposition due

10  June 11, 2010 and Reply due June 18, 2010.

11  3.  That the Adversary Proceeding Status Conference be continued to June 25,

12  2010 at 11:00 a.m.

13

14  **IT IS SO STIPULATED.**

15

16  DATED:  April 29, 2010                    MBV LAW LLP

17
                                             /s/ David J. Brown_____
18                                           David J. Brown
                                             Attorneys for Plaintiff
19

20

21  DATED:  April 29, 2010                    LAW OFFICE OF MICHAEL D. LIBERTY

22
                                             /s/ Michael D. Liberty_____
23                                           Michael D. Liberty
                                             Attorneys for Defendants
24

25

26

27

28

---

2

STIPULATION TO CONTINUE STATUS CONFERENCE AND DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Stipulation to Continue SJ CMC. (42879-4).DOC