LAW OFFICE OF MICHAEL D. LIBERTY
Michael D. Liberty (Bar No. 136088)
1290 Howard Avenue, Suite 303
Burlingame, California 94010
Telephone: (650) 685-8085
Facsimile: (650) 685-8086

Attorney for Defendants

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>John A. Ryan and Danielle T. Ryan,<br><br>  Debtors and<br>  Debtors-in-Possession | Case No. 05-32933-DM<br>Chapter 7<br><br>Adversary Proceeding No. 09-3134<br><br>(Removed from Superior Court of Marin County) |
| JOHN A. RYAN, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>NICKLOS CIOLINO,<br>CHARLES CIOLINO,<br>ROBERT AGUILAR,<br>STEPHEN DANIELE,<br>DANIEL DELORENZI,<br>ALMA CIOLINO,<br>EVELYN CIOLINO,<br>PRISCILLA AGUILAR and<br>THERESA DANIELE, individually,<br><br>  Defendants. | NOTICE OF MOTION AND MOTION FOR RULE 9011 SANCTIONS AGAINST DAVID BROWN AND MBV LAW LLP<br><br>Date: June 25, 2010<br>Time: 10:00 a.m.<br>Hon. Dennis Montali |

**FILED MAY 17 2010** — UNITED STATES BANKRUPTCY COURT, SAN FRANCISCO, CA

TO PLAINTIFF AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on June 25, 2010 at 10:00 a.m. or as soon thereafter as the

1

NOTICE OF MOTION AND MOTION FOR RULE 9011 SANCTIONS AGAINST DAVID BROWN AND MBV LAW LLP
(Case No. 05-03450, D.M.)

Case: 09-03134  Doc# 29  Filed: 05/17/10  Entered: 05/18/10 15:30:36  Page 1 of 3

matter may be heard in the courtroom before the Honorable Dennis Montali of the United States Bankruptcy Court, Northern District of California, 235 Pine Street, San Francisco, California, defendants Charles Ciolino, Nick Ciolino, Robert Aguilar, Stephen Daniele, Daniel DeLorenzi and Alma Ciolino ("Defendants") will move and do hereby move for a Motion for Sanctions in the amount of $15,000.

This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the accompanying Declaration of Michael D. Liberty, and on such oral and documentary evidence as may be presented at or before the hearing of this motion.

Dated: May 13, 2010

LAW OFFICE OF MICHAEL D. LIBERTY

By:_____
MICHAEL D. LIBERTY
Attorney for Defendants
NICKLOS CIOLINO, CHARLES ROBERT AGUILAR
STEPHEN DANIELE, DANIEL DELORENZI AND
ALMA CIOLINO

2

NOTICE OF MOTION AND MOTION FOR RULE 9011 SANCTIONS AGAINST DAVID BROWN AND MBV LAW LLP
(Case No. 05-03450, D.M.)

Case: 09-03194    Doc# 29    Filed: 05/17/10    Entered: 05/18/10 15:30:30    Page 2 of 3

## PROOF OF SERVICE

I am a citizen of the United States, over the age of 18 years, and not a party to the within entitled action. I am employed in the County of San Mateo. On this date, I served the following document(s):

NOTICE OF MOTION AND MOTION FOR RULE 9011 SANCTIONS AGAINST DAVID BROWN AND MBV LAW LLP

__X__ By placing for collection and mailing, following ordinary business practices at my place of business, a true and correct copy thereof, in a sealed envelope with postage thereon fully prepaid, and addressed as set forth below. I am familiar with the business practice for collection and processing of documents for mailing with the United States Postal Service, said practice being that in the ordinary course of business, documents are deposited with the United States Postal Service on the same day as they are placed for collection.

_____ By personal service on the parties to this action by causing a true and correct copy thereof to be hand delivered to the offices or addresses of the person(s) set forth below:

David Brown
MBV Law LLP
855 Front Street
San Francisco, CA 94111

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 13, 2010 at Burlingame, California.

_/s/ Maribel Gomez_

3

NOTICE OF MOTION AND MOTION FOR RULE 9011 SANCTIONS AGAINST DAVID BROWN AND MBV LAW LLP
(Case No. 05-03450, D.M.)