Form TRANSAP

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re:<br>John A. Ryan and Danielle T. Ryan<br>Debtor(s) | Case No.: 05–32933<br>Chapter: 7 |
| Plaintiff(s)<br>John A. Ryan<br>John A. Ryan<br>vs.<br>Nicklos Ciolino et al.<br>Defendant(s) | Adversary Proceeding No. 09–03134 |

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on November 13, 2009 was filed on Sunday, June 27, 2010. The following deadlines apply:

The parties have Tuesday, July 6, 2010 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Monday, July 19, 2010.

If a request for redaction is filed, the redacted transcript is due Wednesday, July 28, 2010.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Monday, September 27, 2010, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Susan Palmer
Palmer Reporting Services
P.O. Box 30727
Stockton, CA 95213–0727

or you may view the document at the clerk's office public terminal.

Dated: 7/2/10                   For the Court:

                                Gloria L. Franklin
                                Clerk of Court
                                United States Bankruptcy Court