1   DAVID J. BROWN, ESQ. (SBN 56628)
    davidbrown@mbvlaw.com
2   MBV LAW LLP
    855 Front Street
3   San Francisco, California 94111
    Telephone:    415-781-4400
4   Facsimile:    415-989-5143

5   Attorneys for Plaintiff John A. Ryan
    And His Attorneys

6

7

8                  UNITED STATES BANKRUPTCY COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  In Re                              | CASE NO. 05-32933 Chapter 7

13  JOHN A. RYAN and DANIELLE T.
    RYAN,
14
                        Debtors,
15

16  JOHN A. RYAN, an individual,       | ADVERSARY NO. 09-03134

17                        Plaintiff,   | **NOTICE OF CONTINUED CASE
                                       | MANAGEMENT CONFERENCE AND
18        v.                           | HEARING ON DEFENDANTS' MOTION
                                       | FOR SUMMARY JUDGMENT AND
19  NICKLOS CIOLINO; CHARLES           | MOTION FOR SANCTIONS UNDER RULE
    CIOLINO; ROBERT AGUILAR;           | 9011**
20  STEPHEN DANIELE; DANIEL
    DELORENZI; ALMA CIOLINO; EVELYN
21  CIOLINO; PRISCILLA AGUILAR;
    THERESA DANIELE; and DOES 1 to 25,
22  inclusive,

23                        Defendants.

24

25

26

27

28

Case: 09-03134   Doc# 29   Filed: 07/01/10   Entered: 07/01/10 14:50:03   Page 1 of 3
432782.DOC

M B V   L A W   L L P
855 Front STREET
SAN FRANCISCO   CA 94111

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that the Case Management Conference and the hearing on Defendants'
Motion for Summary Judgment and Defendants' Motion for Rule 9011 Sanctions have been
continued from July 23, 2010 to August 6, 2010 at 11:00 a.m.

Dated: July 1, 2010.                                  Respectfully submitted,

                                                      MBV LAW LLP


                                           By    */s/ David J. Brown*_____
                                                 David J. Brown
                                                 Attorney for Plaintiff John A. Ryan and his
                                                 Attorneys

M B V  L A W  L L P
855 Front STREET
SAN FRANCISCO CA 94111

1

NOTICE OF CONTINUED HEARINGS
Adv. No. 09-03134

**PROOF OF SERVICE**

I, AMBER ROCHA, declare as follows:

I am a citizen of the United States, over the age of eighteen (18) years, employed in the City and County of San Francisco at the law offices of MBV LAW LLP, 855 Front Street, San Francisco, CA 94111, and not a party to the within action.

On July 1, 2010, I served the following document(s):

**NOTICE OF CONTINUED CASE MANAGEMENT CONFERENCE AND HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND MOTION FOR SANCTIONS UNDER RULE 9011**

X    **By Mail:** by placing true and correct copies of the document(s) listed above in envelope(s) addressed as set forth below. I sealed said envelope(s), with postage thereon fully prepaid, to be deposited with the United States Postal Service on this day following ordinary business practices. I am readily familiar with office procedure and practice for collection and processing of correspondence for mailing.

X    **By Fax:** by transmitting via facsimile, and received and retained confirmation of successful transmission, the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

        Michael D. Liberty, Esq.
        Law Office of Michael D. Liberty
        1290 Howard Avenue, Suite 303
        Burlingame, California 94010
        Fax No.: (650) 685-8086

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on July 1, 2010, at San Francisco, California.

        */s/ Amber Rocha*
        AMBER ROCHA