DAVID J. BROWN, ESQ. (SBN 56628)
MBV LAW LLP
davidbrown@mbvlaw.com
855 Front Street
San Francisco, California 94111
Telephone: 415-781-4400
Facsimile: 415-989-5143

Attorneys for Plaintiff John A. Ryan

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re<br><br>JOHN A. RYAN and DANIELLE T. RYAN,<br><br>    Debtors,<br><br>JOHN A. RYAN, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>NICKLOS CIOLINO; CHARLES CIOLINO; ROBERT AGUILAR; STEPHEN DANIELE; DANIEL DELORENZI; ALMA CIOLINO; EVELYN CIOLINO; PRISCILLA AGUILAR; THERESA DANIELE; and DOES 1 to 25, inclusive,<br><br>    Defendants. | Case No. 05-32933 Chapter 7<br><br>Adversary No. 09-03134<br><br>**SUPPLEMENTAL DECLARATION OF MARGERY J. LEXA** |

I, Margery J. Lexa declare:

1. I am an attorney licensed to practice law in the State of Florida. I have held the position of Assistant Statewide Prosecutor at the Florida Office of Statewide Prosecution since 2001. I have direct and specific personal knowledge of the facts set forth herein based on my activities as Assistant Statewide Prosecutor in the Morning Star matter, and I would testify.

-1-

Supplemental Declaration of Margery J. Lexa
In Re John A. Ryan, et. al., Case No. 05-32933, Chapt. 7
United States Bankruptcy Court Northern District of California

competently to them if called upon to do so.

2. Mr. John A. Ryan ("Mr. Ryan") and Mr. Mark Deyak ("Mr. Deyak) both testified that Mr. Ryan introduced Stephen Daniele ("Mr. Daniele") to Mr. Deyak from Macat Corp. after receiving assurances, verbal and written, from principals of Morning Star Group, AIBC Trade Services, Inc. and Wall Street Connections, Inc. that together upon delivery of an advance fee to Morning Star Group they would be able to procure or fund a letter of credit or bank guarantee for the benefit of Paramount Financial Partners and Von C. Cummings. In fact, Morning Star Group was a sham company with no assets. It was run by Philip Wilson ("Wilson") and William DeFalco ("DeFalco"). Jean Claude Noel ("Noel") operated AIBC Trade Services, another fictitious company. Ralph deLuise a.k.a. Ralph McNamara ("deLuise") operated Wall Street Connections, also a shell company with no assets.

3. Mr. Ryan and Mr. Deyak both testified at the trial involving "Noel" in January 2010, and stated that the $300,000 forwarded from Mr. Deyak's Macat bank account to the Morning Star Group bank account as the Morning Star Group application fee included the $100,000 transferred by Mr. Daniele to Macat Corp. At the conclusion of the Florida criminal trial, the court ruled that as Mr. Deyak was the sole custodian of the money paid to Morning Star Group for the application fee, therefore only his name was submitted to the jury as the victim of the theft perpetrated through the payment of the $300,000 Morning Star Group application fee. Mr. Deyak was a victim of the theft by virtue of being the custodian holding and transmitting Mr. Daniele's money to Morning Star Group. Because Mr. Ryan did not hold or transmit Mr. Daniele's money to Morningstar, the court determined he was not eligible to be listed as a victim of the theft. However, the court ruled that based on the documents sent and representations made to Mr. Ryan by "Wilson," "Noel," and "deLuise", that Mr. Ryan's name could be submitted to the jury in connection with the charges involving the wire and communications fraud, which

Supplemental Declaration of Margery J. Lexa
In Re John A. Ryan, et. al., Case No. 05-32933, Chapt. 7
United States Bankruptcy Court Northern District of California

were what induced the victims to raise the funds for the advance fees. The jury found Mr. Ryan to be a victim of "Noel's" wire fraud.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true. This declaration was executed on July 8, 2010 at P7 Lauderdale in the State of Florida.

_____
Margery J. Lexa